# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-21
_____

PAUL K. SAFFELL, Husband,

Appellant,

v.

ELIZABETH D. SAFFELL, Wife,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

May 17, 2018


PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lester Makofka, Paola Parra Harris, and Mercedes Blason-Aguilar of Parra Harris Law, PLLC, Jacksonville, for Appellant.

Heather B. Quick and Autumn Warner of the Quick Law Group, Jacksonville, for Appellee.